UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RANDI MILROY and DAN WILLIAMS, )<br>)<br>Plaintiffs, )<br>)<br>) **JUDGMENT IN A**<br>) **CIVIL CASE**<br>v. ) **CASE NO. 7:19-cv-10-D**<br>)<br>BELL PARTNERS INC., LSREF3 BRAVO )<br>(RALEIGH), LLC, DPR WESTOVER, LLC, and )<br>HUDSON CAPITAL WESTON, )<br>)<br>Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on December 13, 2018, Plaintiffs voluntarily dismissed defendant DPR WESTOVER, LLC.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motions to dismiss plaintiffs' complaint [D.E. 26, 28, 30] and DISMISSES plaintiffs' complaint [D.E. 1-1].

**This Judgment Filed and Entered on July 30, 2019, and Copies To:**

| | |
|---|---|
| Karl Stephen Gwaltney | (via CM/ECF electronic notification) |
| Scott C. Harris | (via CM/ECF electronic notification) |
| Patrick M. Wallace | (via CM/ECF electronic notification) |
| Clifton L. Brinson | (via CM/ECF electronic notification) |
| J. Gray Wilson | (via CM/ECF electronic notification) |
| Kirk G. Warner | (via CM/ECF electronic notification) |
| Michael W. Mitchell | (via CM/ECF electronic notification) |
| Melissa A. Romanzo | (via CM/ECF electronic notification) |
| Patrick L. Robson | (via CM/ECF electronic notification) |
| Joseph Samuel Dowdy | (via CM/ECF electronic notification) |
| Phillip A. Harris, Jr. | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK

July 30, 2019                    (By) /s/ Nicole Sellers
                                              Deputy Clerk