IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:18-cv-516-D

| | |
|---|---|
| RANDI MILROY and DAN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELL PARTNERS INC., LSREF3 BRAVO (RALEIGH), LLC d/b/a THE RESERVE AT LAKE LYNN, and HUDSON CAPITAL WESTON, LLC d/b/a CARY RESERVE AT WESTON,<br><br>Defendants. | **ORDER** |

THIS MATTER came before the Court upon the parties' Joint Motion for Indicative Ruling Based on Tentative Settlement Occurring During Pendency of Appeal, in which the parties ask this Court to indicate its willingness to rule on a forecast motion for approval of a proposed class action settlement if this matter were to be remanded by the Court of Appeals.

Having carefully considered the Parties' Motion the Court finds, that the forecast motion to approve class action settlement and for related relief from judgment raises a substantial issue that this Court will consider if this matter is remanded by the Court of Appeals.

IT IS THEREFORE ORDERED THAT this Court indicates its willingness to entertain the forecast motion for approval of proposed class action settlement and that Plaintiff is directed to provide a copy of this Order to the Clerk of the Court of Appeals.

SO ORDERED. This the 17 day of January, 2021.

James C. Dever III
United States District Judge