UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RANDI MILROY and DAN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELL PARTNERS INC., LSREF3 BRAVO (RALEIGH), LLC d/b/a THE RESERVE AT LAKE LYNN, and HUDSON CAPITAL WESTON, LLC d/b/a CARY RESERVE AT WESTON,<br><br>DEFENDANTS. | Case No. 5:18-cv-516-D |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING

Plaintiffs, Randi Milroy and Dan Williams (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, now move for an Order certifying the Classes, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Classes, and scheduling a fairness hearing. Plaintiffs' counsel has consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiffs' memorandum of law in support of this motion and the Declaration of Scott C. Harris attached hereto attached hereto as **Exhibit 1** as well as the Settlement Agreement with its attachments and exhibits attached hereto as **Exhibit 2**, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement.

Respectfully submitted this the 3rd day of February 2021.

        **WHITFIELD BRYSON LLP**

        */s/ Scott C. Harris*
        Scott C. Harris
        N.C. Bar No.: 35328
        Patrick M. Wallace
        N.C Bar No.: 48138
        900 W. Morgan Street
        Raleigh, North Carolina 27603
        Telephone: (919) 600-5000
        Facsimile: (919) 600-5035
        scott@whitfieldbryson.com
        pat@whitfieldbryson.com

        MAGINNIS LAW, PLLC
        Edward H. Maginnis
        N.C. State Bar No. 39317
        Karl S. Gwaltney
        N.C. State Bar No. 45118
        4801 Glenwood Avenue, Suite 310
        Raleigh, North Carolina 27612
        Telephone: 919-526-0450
        Fax: 919-882-8763
        emaginnis@maginnislaw.com
        kgwaltney@maginnislaw.com

        *Attorneys for proposed class representatives and/or intervenors*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of February 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

WHITFIELD BRYSON LLP

*/s/ Scott C. Harris*
Scott C. Harris
Patrick M. Wallace
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com
pat@whitfieldbryson.com