UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDI MILROY and DAN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BELL PARTNERS INC., LSREF3 BRAVO (RALEIGH), LLC d/b/a THE RESERVE AT LAKE LYNN, and HUDSON CAPITAL WESTON, LLC d/b/a CARY RESERVE AT WESTON,<br><br>DEFENDANTS. | Case No. 5:18-cv-516-D<br><br>**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Randi Milroy and Dan Williams ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move the Court for an order granting final approval to the settlement in this class action and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted June 1, 2021.

/s/ Scott C. Harris
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

sharris@milberg.com
pwallace@milberg.com

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
MAGINNIS HOWARD
7706 Six Forks Rd Suite 101
Raleigh, North Carolina 27615
Telephone: (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com

*Attorneys for Plaintiffs and Settlement Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
